John M. Newton, as Trustee, etc., Respondent, v. William Reid, Appellant.—Order reversed, with ten dollars costs and printing disburse-

ments, and retaxation granted, with ten dollars costs, but plaintiff to be at liberty to apply to the court to ascertain value of real estate, and then to have proper statutory allowance computed by clerk. Mem. by Learned, P. J.